NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANAGEMENT & TRAINING CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5146

---

Appeal from the United States Court of Federal Claims in No. 12-CV-0561, Judge George W. Miller.

---

**ON MOTION**

---

**O R D E R**

The United States moves to summarily affirm this appeal. Management and Training Corporation opposes. The United States replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for summary affirmance is granted. This case is governed by *Adams & Associates, Inc. v. United States*, 741 F.3d 102 (Fed. Cir. 2014).

FOR THE COURT

April 16, 2014                          /s/ Daniel E. O'Toole
Date                                    Daniel E. O'Toole
                                        Clerk of Court